Case: 1:23-mj-00221
Assigned To : Harvey, G. Michael
Assign. Date : 8/22/2023
Description: Complaint W/ Arrest Warrant

**STATEMENT OF FACTS**

Leading up to Thursday, August 10, 2023, a FBI Washington Field Office (WFO) Task Force Officer (TFO) was acting in an undercover (UC) capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation (MPD-FBI) Child Exploitation Task Force, operating out of a satellite office in Washington, D.C.  In that capacity, the UC entered a private KIK[1] group that the UC has been a member of for several months. Upon entering the group, a rules banner is visible to new members. The rules read as follows:

- State age, sex, location, and children's ages upon entry.

- MUST have a child or a step child to be part of the group

- This is a group for open minded parents/if your not sure what that means your probably in the wrong group.

- MUST HAVE A PFP AND NAME, NO … OR JUST PUNCTUATION BS. Ask before you PM anyone & be respectful (any issues report to the owner or admin)

- Lastly you will need to verify with an admin so PM one of them to get verified. Redacted or Redacted = active admins.

This group is known to the UC as a place where people meet, discuss and trade original images and videos of children, including child sexual abuse material.  On Wednesday, August 9, 2023, at approximately 2:03PM EST, an individual using KIK screen name "m4kpusc815" joined the KIK group. Upon entering the group, "m4kpusc815" wrote, "33m USA daughter is 7 but I don't have custody. If I did I would have posted a video of us here. Can anyone help me get my little girl back?"

---

[1] KIK is an instant messaging mobile application where one can transmit and receive messages, photos, and videos. Users can communicate privately with other users or in groups.

On Wednesday, August 9, 2023, at approximately 2:06pm EST the UC initiated a private KIK chat conversation with KIK user "m4kpusc815," subsequently identified as John Albertson (ALBERTSON). The following is a transcript of the private KIK chat:

UC: Hey

UC: Asl

UC: U a dad

UC: This room requires legit verification.

ALBERTSON: 33m USA yes but don't have custody of my daughter. She's 7 and I haven't seen her since she was 2. I went to visit her at her foster parents house and their older girl was naked in the bathroom.

ALBERTSON then sent the UC a video that depicts an adult male rubbing his erect penis on a prepubescent child's bare vagina. The male can be seen applying some type of lubricant on the child's anus and vagina. Other portions of the video show the adult man's penis in the child's mouth, and the adult man ejaculating into the child's mouth. The KIK exchange between ALBERTSON and the UC continued, as follows:

UC: That's hot, but that's a random cp vid that's been out for a while.

UC: What u looking for

UC: Where in US? East coast here

ALBERTSON: Indiana. I'm looking for some open minded parents who want to watch me fuck and fill their young daughters so you can film us and sell the videos.

UC: I'm a bit to far, I'm in Virginia DC area

ALBERTSON: I could meet you somewhere in Ohio if you're interested

UC: Let me think about it, I would want gas money to know you are serious or something like that

ALBERTSON: I understand. You aren't a cop or something like that are you? If you're willing to prove that your serious as well by sending me a picture of you and her naked blurred private areas if you want. I just want to know how serious are about me fucking your daughter. I could send you gas money or a digital gas card. Up to you

UC: Ok cool, I will do that for sure. I will have her the week after next. And will do something so u know I'm legit and safe

ALBERTSON: Sounds great to me. I wish I could see her face now… I bet she's gorgeous and sexy and I bet she sucks like a champ. Are you OK with me cumming inside her multiple times? Or would you prefer I cum on her or in her mouth

UC: Probably mouth but we can discuss

    The UC then sent ALBERTSON a picture of his purported daughter.[2]  The KIK exchanged continued:

UC: Not a cop I do this to her clothes when she not here lol

    In response, ALBERTSON sent the UC a video showing himself masturbating.  The KIK conversation continued:

UC: Thanks for the trust

UC: So have u ever played with any young before? What's your situation? Married?

ALBERTSON: I kissed a 13 year old girl when I was 26. Would have fucked her but her familt moved. I'm single hoping to find an open minded person to be with and they participate in fucking young girls with me.

---

[2] This image did not depict a real child.

UC: Nice!

ALBERTSON: What about you?

UC: Separated with an 8 yo daughter single and very perverted

ALBERTSON: I want to taste her pussy and suck her sweat from her panties while she's playing with me.

UC: Mmmm I would love see that. Where in Ohio

ALBERTSON: 40 minutes outside of Cincinnati towards your way

UC: ok cool

ALBERTSON: I'm thinking we should schedule a hike

UC: 😊

UC: We have time what's your schedule like.

ALBERTSON: Open for the next few days

ALBERTSON: Do you know eastfork?

UC: I'm not familiar with that.

UC: I'm thinking about two weeks if that is good for you

UC: Have to plan things and figure things out

ALBERTSON: Yeah. I do wish we could make it happen today but I understand.

UC: Yeah I wish I could but it a bit far and soon

  On Thursday, August 10, 2023, at approximately 7:54am EST, ALBERTSON initiated a text conversation with the UC using the phone number ███████. The first message ALBERTSON sent to the UC depicts an erect his penis with the message, "I hope she liked being kissed and licked." During the course of the text exchange, ALBERTSON invited the UC to a KIK group named "Need$$$4cp". The group consists of six KIK users, including

ALBERTSON. Upon entering the group, the UC observed a message which reads, "here's proof" followed by a video posted by ALBERTSON that depicts a prepubescent minor female being anally penetrated by an adult male. Prior to this video being posted to the group another member of the group wrote, "Proof of what." ALBERTSON responded, "that I have cp."

The following is a portion of the communication that ensued between ALBERTSON and the UC:

UC: Thanks for the invite to the group.

ALBERTSON: Welcome

UC: So u have a lot of Cp, that one was hot

ALBERTSON: I have some. But really want to make some not buy from others. I want to have fun and make xxx money.

UC: mmmm

ALBERTSON: Nice. I've gotten off 3 times since we started talking. I honestly cant wait to meet you both and make this happen.

UC: I'm Jon btw, me too. Really looking forward to it. I only have a few limits with her so let me know exactly what you want to do? And we can go from there.

UC: Let me put it in Waze to see how far it is from me. Like I said I will need help with gas

UC: Can you hold up 3 fingers near your cock so I know that's really u lol

ALBERTSON: I understand. I'm hoping she can suck me off while I'm eating her out and when she gets me really close slip the tip in her and cum. I am also wanting to make love to her but she might be to small still. I mean anal is an option but that is last resort in my opinion unless you want to watch me fucking her ass.

ALBERTSON then sent the UC an image showing himself holding three fingers near his erect penis. The chat continued:

UC: Ok, I'll see about that once there, tip may be an option and I am good with the cumming

UC: I am concerned with the filming, just don't want her face exposed for obvious reasons

UC: How you plan to do that?

ALBERTSON: I understand but you can always use filters or a princess mask for Halloween you know the ones that rich ladies hold on a stick lol they have those half masks as well.

UC: Lol, ok cool! I would feel safe with the filters on so she cant be identified

UC: What happened to your kid? and her mom?

ALBERTSON: How would I make love to her? I would lay her down and work my way up from her toes to her pussy and eat it till she cuts then very vary carefully and slowly slide inside her pussy until she says she cant take more and hold it till she gets used to it then start pulling out and pumping into her till we both cum

As the chat continued, ALBERTSON wrote to the UC, "I want to love them and make them feel wonderful and sexy and smart and… wanted… I've never had the courage to say this before but if it was legal I would marry a 10 or 11 year old as long as she started her period she's going to be moody." ALBERTSON told the UC that he resided near Batavia Ohio and lived on a farm surrounded by a forest. ALBERTSON suggested to the UC that he and his daughter meet him at his farm and go on a hike in order for them to build trust before they went back to his residence to sexually abuse the UC's purported daughter. ALBERTSON also sent the UC a video via KIK. The video depicts what appears to be a pubescent minor girl. She is shown in this video with an adult man's penis in her hand and with the man's penis in the child's mouth.

On August 14, 2023, the UC asked ALBERTSON to send him an image of himself holding up his thumb near his face. In response, ALBERTSON sent the UC an image of himself holding up his thumb near his face and another image showing himself masturbating. ALBERTSON's face is visible in both of these images. These images appear to depict the same individual as shown in ALBERTSON's Driver's License picture. Furthermore, a law enforcement database search uncovered a Google account associated with the defendant's social security number: ███████████████. Pursuant to legal process, Google provided information that this account's recovery phone number is ██████████, the same number that ALBERTSON used to communicate with the UC as detailed above. IP addresses used to access this account belong to Charter Communications. Pursuant to a legal process, Charter Communications provided information that the subscriber address associated with this account is an address in New Richmond, Ohio. Furthermore, ALBERTSON'S Facebook account has several pictures of the user of the account, which appear to depict the same person as the one shown in ALBERTSON's Driver's License picture. ALBERTSON lists his current location as New Richmond, Ohio. ALBERTSON used phone number ██████████, the one used to communicate with the UC, as the phone number used to "verify" his Facebook account.

**CONCLUSION**

Based on the above information, there is probable cause to believe that John Albertson committed the following offenses: Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), on or about and between August 9, 2023 and August 10, 2023.

Respectfully Submitted,

_____

Timothy Palchak
Senior Officer, Badge # 2560
Metropolitan Police Department

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 22, 2023.

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE